Manuel Luis Ramirez, Esq. (SBN 103054)
THE RAMIREZ LAW FIRM
185 West F Street, Suite 100
San Diego, California 92101
Telephone: (619) 630 - 8382
Facsimile: (619) 342 - 7597
Email: mlr@ramirez-lawfirm.com

Attorney for Plaintiffs, Raymond Sandoval; Kayleen Torres; Lisa Ileen Cota Perez, a minor; and Izik Matthew Sandoval, a minor

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND SANDOVAL, KAYLEEN TORRES, LISA ILEEN COTA PEREZ, a minor, AND IZIK MATTHEW SANDOVAL, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NATIONAL CITY, NATIONAL CITY POLICE DEPPARTMENT, et al<br><br>Defendants. | Case No. 22cv0188- MDD<br><br>**NOTICE OF DEPOSIT OF SETTLEMENT FUNDS INTO FEDERALLY INSURED BLOCKED ACCOUNTS FOR MINORS LISA ILEEN COTA PEREZ AND IZIKMATTHEW SANDOVAL**<br><br>Magistrate: Mitchell D. Dembin<br>(For All Purposes ECF No. 24) |

Pursuant to ECF No. 21, counsel for Plaintiffs Lisa Ileen Cota Perez (a minor), and Izik Matthew Sandoval (a minor) hereby submits proof of their respective settlement funds deposited into the following federally insured blocked accounts located at San Diego County Credit Union:

1) Lisa Ileen Cota Perez - $1,500.00 into account ending 4096; and

2) Izik Matthew Sandoval - $1,500.00 into account ending 4110.

Attached hereto are the Fiduciary Account Signature Card Membership Application and Account Agreement, and receipt of deposit of $1,500.00 into each of the minor's respective accounts.

Dated: April 18, 2023

THE RAMIREZ LAW FIRM

By /s/ *Manuel Luis Ramirez*
    Manuel Luis Ramirez, Esq.

Attorney for Plaintiffs, Raymond Sandoval, Kayleen Torres, Lisa Ileen Cota Perez, a minor, and Izik Matthew Sandoval, a minor by and through their guardian ad litem, Sienna Sandoval

# FIDUCIARY ACCOUNT SIGNATURE CARD (NON CUTMA)
## MEMBERSHIP APPLICATION AND ACCOUNT AGREEMENT

**San Diego County Credit Union**
sdccu.com

**ACCOUNT NUMBER:** ####4096

**APPLICATION TYPE:** ☒ New Account(s) ☐ Account Update

### MEMBER INFORMATION:

| Field | Value |
|---|---|
| LAST NAME | SANDOVAL |
| FIRST NAME | IZIK |
| MIDDLE INITIAL | MATTHEW |
| PHYSICAL ADDRESS | 1925 E AVE |
| CITY | NATIONAL CITY |
| STATE | CA |
| ZIP | 91950 |
| MAILING ADDRESS | 1925 E AVE |
| CITY | NATIONAL CITY |
| STATE | CA |
| ZIP | 91950 |
| DATE OF BIRTH | 2/2/2017 |
| SSN/TAX ID | 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 |
| MOTHER'S MAIDEN NAME | TORRES |
| GENDER | MALE |
| CELL PHONE | (619) 292-9230 |
| PREFERRED METHOD OF CONTACT | CELL |

### FIDUCIARY INFORMATION:

| Field | Value |
|---|---|
| LAST NAME | SANDOVAL |
| FIRST NAME | SIENNA |
| MIDDLE INITIAL | MARIE |
| CITY | NATIONAL CITY |
| STATE | CA |
| ZIP | 91950-5715 |
| CITY (mailing) | NATIONAL CITY |
| STATE | CA |
| ZIP | 91950-5715 |
| DRIVER LICENSE STATE | CA |
| DRIVER LICENSE ISSUE DATE | 11/18/2022 |
| DRIVER LICENSE EXPIRATION DATE | 11/7/2025 |
| MOTHER'S MAIDEN NAME | MARIE |
| GENDER | FEMALE |
| PREFERRED METHOD OF CONTACT | CELL |
| OCCUPATION | DENTAL ASSISTANT |
| EMPLOYER | MICHAEL G MCMANHON |

**AGE OF DISBURSEMENT OF FUNDS** (if required):

**SUCCESSOR** (if applicable):

### TYPE OF FIDUCIARY ACCOUNT (please specify):

- ☒ Blocked Minor/Coogan Minor Account¹
- ☐ Custodian/Legal Guardian
- ☐ Memorial¹
- ☐ Representative Payee
- ☐ Administrator of an Estate
- ☐ Conservator of an Estate
- ☐ Executor of an Estate

¹Blocked Minor and Memorial account types are not eligible for Debit Card Overdraft Service.

### PRODUCT/SERVICE SELECTION SUMMARY:

- ☒ Primary Savings-00
- ☐ FREE Checking with eStatements-91
- ☐ Classic Checking-90
- ☐ High-Yield Checking-94
- ☐ Money Market-01
- ☐ Certificate
- ☐ Visa® Debit Card
- ☐ ATM Card

### OVERDRAFT TRANSFER

☐ Overdraft transfer for checking accounts is available from your savings, checking, money market or Visa credit card accounts. Please select your preference in order of withdrawal priority.

| | Type Of Account | For Credit Union Use Only – Account Number | Suffix | Type Of Account | For Credit Union Use Only – Account Number | Suffix |
|---|---|---|---|---|---|---|
| 1st Choice | | | | 2nd Choice | | |

### DEBIT CARD OVERDRAFT SERVICE:

If you have signed up for the Debit Card Overdraft Service we may authorize your ATM and everyday debit card transactions such as PIN and signature-based transactions to be paid, even if there are not enough available funds in your checking account. We will not authorize and pay overdrafts for ATM and everyday debit card transactions unless you opt in to Debit Card Overdraft Service. For more information, please see our disclosure entitled "What You Need To Know About Overdrafts And Overdraft Fees."

**Proxy Statement:** I/We hereby delegate the Board of Directors of San Diego County Credit Union by a majority vote to appoint a Proxy or Proxies (in the event I/we have multiple accounts or am the legal representative for multiple accounts) to represent me/us at all meetings of the members of SDCCU and to vote on my/our behalf on all questions and elections coming before said meetings as applicable. This/these Proxy/Proxies shall remain in effect for three (3) years from the date of execution, unless cancelled by me/us in writing. I/We reserve the right to withdraw this Proxy from any annual meeting I/we attend in person.

**Agreement:** I/We acknowledge that I/we have received a copy and agree to be bound by the "Account Disclosures and Agreement" booklet (which includes current Terms and Conditions, notices and disclosures), the Deposit Rates and the Consumer Services Fee Schedule applicable to this/these account(s). I/We authorize SDCCU to obtain consumer reports, such as ChexSystems and credit reports, for any permissible purpose, including but not limited to determining eligibility for membership, any loan or extension of credit I/we may have applied for, and/or to offer me/us other loan products or services.

By signing below, you consent to receiving calls, texts and other messages from SDCCU for any purpose on any phone number provided or that may reach you, including via automatic telephone dialing systems and/or artificial or pre-recorded voice. Such consent is not a condition of receiving any product or service from SDCCU.

I/We certify under penalties of perjury, that (1) the Social Security Number (SSN) / Tax Identification Number (TIN) shown on this form is correct and (2) I/we are not subject to backup withholding due to failure to report interest and dividend income and (3) I/we am/are a United States person, including a U.S. resident alien (W-8 BEN required if not a U.S. person). Alternatively, by checking the box at the end of this section, I/we acknowledge that I/we are subject to backup withholding and therefore, certification (2) is not applicable.
☒

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**SIGNATURE OF FIDUCIARY:** [signed] **DATE:** 04/14/2023

REV. 09.15.21

San Diego County Credit Union
Chula Vista Branch
Inquiries Call: 877-732-2848

Account: XXXXXX4096 SANDOVAL, MINOR
Effect: 04/14/23 Post: 04/14/23 Thr:4454 T
Time: 3:08pm

Deposit to PRIMARY SAVINGS
ID                           .00
Prev Bal                    0.00
Principal               1,500.00
Interest                    0.00
Fees                        0.00
Avail Bal                   1.00-
New Balance:            1,500.00
Tran Amount:            1,500.00
Sequence # :             1816632
Check hold to be released 04/25/23
due to New Account
                        1,500.00

Check Received         1,500.00

Ready for your tax refund? Grab your W-2
and get started with TurboTax. You'll
get your maximum refund fast when you
e-file and direct deposit. SDCCU members
save up to $15! Visit sdccu.com/turbotax
to get started.

MEMBER COPY

## FIDUCIARY ACCOUNT SIGNATURE CARD (NON CUTMA)
## MEMBERSHIP APPLICATION AND ACCOUNT AGREEMENT

**San Diego County Credit Union**
sdccu.com

**ACCOUNT NUMBER:** ____4110

**APPLICATION TYPE:** ☒ New Account(s)  ☐ Account Update

### MEMBER INFORMATION:

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| COTA PEREZ | LISA | ILEEN |

**PHYSICAL ADDRESS:** 1925 E AVE
**CITY:** NATIONAL CITY  **STATE:** CA  **ZIP:** 91950

**MAILING ADDRESS (IF DIFFERENT FROM THE PHYSICAL ADDRESS):** 1925 E AVE
**CITY:** NATIONAL CITY  **STATE:** CA  **ZIP:** 91950

**DATE OF BIRTH (MM/DD/YYYY):** 1/29/2010
**SOCIAL SECURITY NUMBER / TAX ID NUMBER:** 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

**DRIVER LICENSE NUMBER / ID NUMBER:**
**DRIVER LICENSE STATE:**
**DRIVER LICENSE ISSUE DATE:**
**DRIVER LICENSE EXPIRATION DATE:**

**MOTHER'S MAIDEN NAME:** TORRES
**GENDER:** FEMALE

**HOME PHONE:**
**WORK PHONE:**
**EXT.**
**CELL PHONE:** (619) 292-9230

**EMAIL ADDRESS:**

**PREFERED METHOD OF CONTACT:** CELL

**OCCUPATION:**
**EMPLOYER:**

**AGE OF DISBURSEMENT OF FUNDS (if required):**

### FIDUCIARY INFORMATION:

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| SANDOVAL | SIENNA | MARIE |

**PHYSICAL ADDRESS:**
**CITY:** NATIONAL CITY  **STATE:** CA  **ZIP:** 91950

**MAILING ADDRESS (IF DIFFERENT FROM THE PHYSICAL ADDRESS):**
**CITY:** NATIONAL CITY  **STATE:** CA  **ZIP:** 91950

**DATE OF BIRTH (MM/DD/YYYY):**
**SOCIAL SECURITY NUMBER / TAX ID NUMBER:**

**DRIVER LICENSE NUMBER / ID NUMBER:**
**DRIVER LICENSE STATE:** CA
**DRIVER LICENSE ISSUE DATE:** 11/18/2022
**DRIVER LICENSE EXPIRATION DATE:** 11/7/2025

**MOTHER'S MAIDEN NAME:** MARIE
**GENDER:** FEMALE

**HOME PHONE:**
**WORK PHONE:**
**EXT.**
**CELL PHONE:**

**EMAIL ADDRESS:**

**PREFERED METHOD OF CONTACT:** CELL

**OCCUPATION:** DENTAL ASSISTANT
**EMPLOYER:** MICHAEL G MCMANHON

**SUCCESSOR (if applicable):**

### TYPE OF FIDUCIARY ACCOUNT (please specify):

☒ Blocked Minor/Coogan Minor Account[1]  
☐ Custodian/Legal Guardian  
☐ Memorial[1]  
☐ Representative Payee  
☐ Administrator of an Estate  
☐ Conservator of an Estate  
☐ Executor of an Estate  

[1]Blocked Minor and Memorial account types are not eligible for Debit Card Overdraft Service.

### PRODUCT/SERVICE SELECTION SUMMARY:

☒ Primary Savings-00  
☐ FREE Checking with eStatements-91  
☐ Classic Checking-90  
☐ High-Yield Checking-94  
☐ Money Market-01  
☐ Certificate  
☐ Visa® Debit Card  
☐ ATM Card  

### OVERDRAFT TRANSFER

☐ Overdraft transfer for checking accounts is available from your savings, checking, money market or Visa credit card accounts. Please select your preference in order of withdrawal priority.

| Type Of Account | For Credit Union Use Only | | Type Of Account | For Credit Union Use Only | |
|---|---|---|---|---|---|
| | Account Number | Suffix | | Account Number | Suffix |
| 1st Choice | | | 2nd Choice | | |

### DEBIT CARD OVERDRAFT SERVICE:

If you have signed up for the Debit Card Overdraft Service we may authorize your ATM and everyday debit card transactions such as PIN and signature-based transactions to be paid, even if there are not enough available funds in your checking account. We will not authorize and pay overdrafts for ATM and everyday debit card transactions unless you opt in to Debit Card Overdraft Service. For more information, please see our disclosure entitled "What You Need To Know About Overdrafts And Overdraft Fees."

**Proxy Statement:** I/We hereby delegate the Board of Directors of San Diego County Credit Union by a majority vote to appoint a Proxy or Proxies (in the event I/we have multiple accounts or am the legal representative for multiple accounts) to represent me/us at all meetings of the members of SDCCU and to vote on my/our behalf on all questions and elections coming before said meetings as applicable. This/these Proxy/Proxies shall remain in effect for three (3) years from the date of execution, unless cancelled by me/us in writing. I/We reserve the right to withdraw this Proxy from any annual meeting I/we attend in person.

**Agreement:** I/We acknowledge that I/we have received a copy and agree to be bound by the "Account Disclosures and Agreement" booklet (which includes current Terms and Conditions, notices and disclosures), the Deposit Rates and the Consumer Services Fee Schedule applicable to this/these account(s). I/We authorize SDCCU to obtain consumer reports, such as ChexSystems and credit reports, for any permissible purpose, including but not limited to determining eligibility for membership, any loan or extension of credit I/we may have applied for, and/or to offer me/us other loan products or services.

By signing below, you consent to receiving calls, texts and other messages from SDCCU for any purpose on any phone number provided or that may reach you, including via automatic telephone dialing systems and/or artificial or pre-recorded voice. Such consent is not a condition of receiving any product or service from SDCCU.

I/We certify under penalties of perjury, that (1) the Social Security Number (SSN) / Tax Identification Number (TIN) shown on this form is correct and (2) I/we are not subject to backup withholding due to failure to report interest and dividend income and (3) I/we am/are a United States person, including a U.S. resident alien (W-8 BEN required if not a U.S. person). Alternatively, by checking the box at the end of this section, I/we acknowledge that I/we are subject to backup withholding and therefore, certification (2) is not applicable. ☒

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**SIGNATURE OF FIDUCIARY:** [signature]  
**DATE:** 04/14/2023

REV. 09.15.21

San Diego County Credit Union

Chula Vista Branch
Inquiries Call: 877-732-2848

Account XXXXXX4110 COTA PEREZ, MING
Effect: 04/14/23 Post: 04/14/23 Tlr:4454 T
ime: 3:13pm

Deposit to PRIMARY SAVINGS
ID                : 00
Prev Bal          : 0.00
Principal         : 1,500.00
Interest          : 0.00
Fees              : 0.00
Avail Bal         : 1.00-
New Balance:      1,500.00
Tran Amount:      1,500.00
Sequence #  :     1820529
Check hold to be released 04/25/23
due to New Account
                  1,500.00

Check Received    1,500.00

Ready for your tax refund? Grab your W-2
and get started with TurboTax. You'll
get your maximum refund fast when you
e-file and direct deposit. SDCCU members
save up to $15! Visit sdccu.com/turbotax
to get started.

MEMBER COPY